Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*March 04, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| **v.** | CRIMINAL NO. |
| **CHRISTOPHER TAFOLLA** | **FILED UNDER SEAL**   **4:25-cr-81** |
| **JESSE JUNIOR CRUZ** | |
| **GUSTAVO MARTINEZ, JR.,** | |
| **Defendants.** | |

<u>**INDICTMENT**</u>

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
**Title 18, United States Code, Sections 371 and 924(a)(1)(A)**
<u>**Conspiracy to Make False Statement to a Federal Firearms Licensee**</u>

At all times material to this Indictment:

**I.      BACKGROUND**

**A.  <u>The Gun Control Act</u>**

1. A "firearms dealer" is any person engaged in the business of selling, renting, leasing, or loaning firearms.  The Gun Control Act states that no person shall deal in firearms until he or she has filed an application to do so with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereafter "BATFE") and received a Federal Firearms License (hereafter "FFL") issued by the BATFE. Each Federal Firearms Licensee (hereafter "licensed dealer" or "FFL") must maintain records of the receipt, sale, or other disposition of firearms at his place of business, as long as the business is in operation.  Upon the closing of such business, the FFL must forward all of the

1

required firearm records to the BATFE Out of Business Section where they are maintained indefinitely.

2. The law requires that each FFL must maintain in a bound book the record of every firearm receipt, sale, or other disposition. Such record must include the name and address of the person to whom the dealer sells or otherwise disposes of any firearm. The BATFE may inspect the premises, inventory, and record keeping requirements, or trace a firearm sold by the FFL that was later recovered in a crime.

3. Academy Sports + Outdoors #172, located at 7560 FM 1960 W, Houston, TX 77070, is a licensed dealer.

B. **The ATF Form 4473 (Firearms Transaction Record):**

1. The BATFE Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition. The Form 4473 is completed in part by the FFL and in part by the firearms purchaser at the time a firearm is sold or otherwise disposed of. The Form 4473 memorializes that an FFL has taken all precautions required by the BATFE and his license to ensure he does not transfer a firearm to a person who is prohibited from possessing it. Accordingly, among other things, the Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

2. One important question asked of the firearms purchaser is, "Are you the actual buyer of the firearm(s) listed on this form?" The block on the Form 4473 containing this question goes on to warn that, "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." The Form 4473 certification section reemphasizes "I understand that answering "yes" to question 11a *(2016 Form)* 21a *(2020 Form)* 21a *(2022 Form)*, if I am not the actual transferee/buyer, is a crime punishable as a felony under Federal law and

2

may also violate state and/or local law."  FFLs must keep each executed Form 4473 at their place of business and must make them available to the BATFE for inspection.

3. The purpose of the Form 4473 is threefold. The first is to cause FFLs and prospective firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed.  The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), through its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions.  The third purpose of the ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an on-going criminal investigation involving a firearm, to trace the firearm to its last-known purchaser.

4. The information provided by the purchaser of a firearm on the Form 4473 must be true and accurate. It is a felony offense for any person to knowingly provide false information on a Form 4473.

## II.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, but no later than September 2024, and continuing thereafter until at least October 17, 2024, in the Houston Division of the Southern District of Texas, the defendants,

**CHRISTOPHER TAFOLLA,
JESSE JUNIOR CRUZ, and
GUSTAVO MARTINEZ, JR.,**

did knowingly combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of that term in Chapter 44 of Title 18 of the United

States Code, to knowingly make false written statements and representations to said licensed firearms dealer with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the respective licensed dealer in that the conspirators, represented on Form 4473 that CHRISTOPHER TAFOLLA was the actual buyer of a firearm, when in fact, as the defendants well knew that CHRISTOPHER TAFOLLA was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

### III.    MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that the conspirators purchased a firearm from a license firearms dealer and falsely represent that CHRISTOPHER TAFOLLA was the actual buyer of the firearm. In particular:

1. CHRISTOPHER TAFOLLA and JESSE JUNIOR CRUZ would and did organize the purchase of a firearm that JESSE JUNIOR CRUZ could not legally possess.

2. The firearm was to be purchased by CHRISTOPHER TAFOLLA and ultimately received by JESSE JUNIOR CRUZ.

3. CHRISTOPHER TAFOLLA would and did purchase the firearm from Academy Sports + Outdoors, a licensed dealer.

4. CHRISTOPHER TAFOLLA would and did deliver the firearm to GUSTAVO MARTINEZ, JR.

5. GUSTAVO MARTIEZ JUNIOR was to deliver the firearm to JESSE JUNIOR CRUZ.

### IV.    OVERT ACTS

In furtherance of the conspiracy, and to affect the objects thereof, the conspirators performed and caused to be performed, among others:

1. On October 17, 2024, CHRISTOPHER TAFOLLA purchased a Glock 19Gen5 Pistol (SN: CCTC733) from Academy Sports + Outdoors #172, located at 7560 FM 1960 W, Houston, TX 77070, a licensed dealer.

2. When purchasing said firearm, CHRISTOPHER TAFOLLA made a false statement and representation to Academy Sports + Outdoors, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code. Namely, CHRISTOPHER TAFOLLA stated on Form 4473 that he was the actual transferee/buyer of the firearm, even though the conspiracy was to deliver the firearm to JESSE JUNIOR CRUZ.

3. After acquiring said Glock 19Gen5 pistol, CHRISTOPHER TAFOLLA drove to the residence of GUSTAVO MARTINEZ, JR. and JESSE JUNIOR CRUZ.

4. Through text messages and a video call, JESSE JUNIOR CRUZ instructed GUSTAVO MARTINEZ, JR to meet with CHRISTOPHER TAFOLLA and conduct a firearms exchange. In particular, JESSE JUNIOR CRUZ told GUSTAVO MARTINEZ, JR to give CHRISTOPHER TAFOLLA the Glock 27Gen5 Pistol (SN: BYSR286) that was in JESSE JUNIOR CRUZ's closet, and receive the firearm that CHRISTOPHER TAFOLLA was bringing to their residence.

5. CHRISTOPHER TAFOLLA and GUSTAVO MARTINEZ did make the exchange of the two firearms, to wit, the Glock 27Gen5 Pistol (SN: BYSR286) and the Glock 19Gen5 Pistol (SN: CCTC733).

6. At all times, JESSE JUNIOR CRUZ was the intended recipient of the Glock 19Gen5 Pistol (SN: CCTC733) that CHRISTOPHER TAFOLLA purchased.

In violation of Title 18, United States Code, Sections 371 and 924(a)(1)(A).

**COUNT TWO**
**Title 18, United States Code, Sections 924(a)(1)(A) and 2**
**Aiding and Abetting False Statement to a Federal Firearms Licensee**

On or about October 17, 2024, in the Houston Division of the Southern District of Texas, the

defendants,

**CHRISTOPHER TAFOLLA,**
**JESSE JUNIOR CRUZ, and**
**GUSTAVO MARTINEZ, JR.,**

aided and abetted by one another, knowingly made a false statement and representation to FFL

Academy, a business licensed under the provisions of Chapter 44 of Title 18, United States Code,

with respect to information required by the provisions of Chapter 44 of Title 18, United States Code,

to be kept in the records of FFL Academy, in that CHRISTOPHER TAFOLLA acquired a Glock

19Gen5 Pistol (SN: CCTC733) by executing a United States Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect

that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not

the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A), 924(a)(1)(D) and 2.

**COUNT THREE**
**Title 18, United States Code, Section 922(g)(1)**
**Felon In Possession of a Firearm**

On or about October 17, 2024, in the Houston Division of the Southern District of Texas, the

Defendant,

**GUSTAVO MARTINEZ, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess at least one firearm, including a Glock 19Gen5 Pistol

(SN: CCTC733) and a Glock 27Gen5 Pistol (SN: BYSR286), and at least one of the firearms had

been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Counts 1 and 2 are subject to forfeiture, including, but not limited to, the following:

- Glock 19Gen5 Pistol (SN: CCTC733)

- Glock 27Gen5 Pistol (SN: BYSR286)

- Any corresponding ammunition

**A TRUE BILL:**

Original Signature on File

_____

**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____

    **Anh-Khoa T. Tran**
    **Assistant United States Attorney**